# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerry Kelly, | Case No. |
| | 2:25-CV-12409-WLH-DTB |
| Plaintiff(s)/Petitioner(s) | **ORDER RE: REPORT AND RECOMMENDATION ON REQUEST TO PROCEED** |
| v. | ***IN FORMA PAUPERIS*** |
| People of The State of California, | |
| Defendant(s)/Respondent(s) | CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY |

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

☐ accepts the findings, conclusions and recommendations of the Magistrate Judge.

☐ rejects the findings, conclusions and recommendations of the Magistrate Judge.

☐ _____ , the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:

☐ **DENIED**. Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.

☒ **DENIED**. This case is DISMISSED ☐ with prejudice. ☒ without prejudice. **(JS-6).**

☐ **DENIED**, with leave to amend ☐ the IFP application ☐ the complaint/petition within 30 days.
　If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.

☐ **GRANTED**.

☐ **GRANTED. IT IS FURTHER ORDERED that:**
　In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.

☐ **GRANTED;**
　☐ the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.
　☐ the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

☐ Other:

Dated: ____March 5, 2026____

By: _____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

CV-73OR 9/25　　　Order Re: Report and Recommendation on Request to Proceed *In Forma Pauperis*
(Civil Rights, Habeas, and Social Security)